09/1/2021    12:21 PM    TO:16784051903    FROM:6784051903    Page: 1



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** ZWONITZER, STEPHEN JOEL
Company: INSPERITY * SALES (535)
19001 CRESCENT SPRINGS DR # C 1
KINGWOOD, TX 77339
Phone: (281) 358 8986

Employee ID: ▇▇▇▇

Pay Date: 08/27/2021
Pay Period: 08/09/2021 To 08/22/2021
Pay Frequency: BiWeekly

Check #: 1170509

Pay Type: Salary
Department: 4124
Location: 124

Gross Earnings: 2,884.62    Total Taxes: 686.99    Total Deductions: 97.69    Net Pay: 2,099.94

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 08/09/2021 | 08/22/2021 | | 2,884.62 | 2,884.62 | 46153.92 |
| Tracking PTO - Reg | 08/09/2021 | 08/22/2021 | 14.00 | | | 0.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Enrollment Fee - Sup | | | | | | 2624.13 |
| Earned Residual - Sup | | | | | | 351.07 |
| **Gross** | | | | | **2884.62** | **49129.12** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| PastMedOwed-Pre | 0.00 | 34.62 |
| Employee Med | 30.00 | 450.00 |
| Employee D/V | 4.62 | 69.30 |
| HSA-PreTax | 100.00 | 1,558.00 |
| **Total** | **134.62** | **2,111.92** |
| **After Tax** | | |
| Phone Allowance | -36.93 | -590.88 |
| **Total** | **-36.93** | **-590.88** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 335.29 | 6,028.41 |
| MN SIT | 0.00 | 454.16 |
| GA SIT | 141.32 | 2,008.23 |
| SocSec | 170.50 | 2,915.07 |
| Medicare | 39.88 | 681.81 |
| **Total** | **686.99** | **12,087.68** |

### Federal Tax Withholding Elections

Filing Status: Single or Married filing separately
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########4579 | ########5817 | 2,099.94 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| PTO | 93.600 | 47.750 | 45.850 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 47,017.20 |
| Social Security | 47,017.20 |
| Medicare | 47,017.20 |



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee: ZWONITZER, STEPHEN JOEL**
Company: INSPERITY * SALES (535)
19001 CRESCENT SPRINGS DR # C 1
KINGWOOD, TX 77339
Phone: (281) 358 8986

Employee ID:

Pay Date: 08/13/2021
Pay Period: 07/26/2021 To 08/08/2021
Pay Frequency: BiWeekly

Check #: 1165724
Pay Type: Salary
Department: 4124
Location: 124

Gross Earnings: 2,884.62    Total Taxes: 686.99    Total Deductions: 97.69    Net Pay: 2,099.94

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 07/26/2021 | 08/08/2021 | | 2,884.62 | 2,884.62 | 43269.30 |
| Tracking PTO - Reg | 07/26/2021 | 08/08/2021 | 8.00 | | | 0.00 |
| Emergency Sick Tracking | 07/26/2021 | 08/08/2021 | 8.00 | | | 0.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Enrollment Fee - Sup | | | | | | 2624.13 |
| Earned Residual - Sup | | | | | | 351.07 |
| **Gross** | | | | | **2884.62** | **46244.50** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| PastMedOwed-Pre | 0.00 | 34.62 |
| Employee Med | 30.00 | 420.00 |
| Employee D/V | 4.62 | 64.68 |
| HSA-PreTax | 100.00 | 1,458.00 |
| **Total** | **134.62** | **1,977.30** |
| **After Tax** | | |
| Phone Allowance | -36.93 | -553.95 |
| **Total** | **-36.93** | **-553.95** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 335.29 | 5,693.12 |
| MN SIT | 0.00 | 454.16 |
| GA SIT | 141.32 | 1,866.91 |
| SocSec | 170.50 | 2,744.57 |
| Medicare | 39.88 | 641.93 |
| **Total** | **686.99** | **11,400.69** |

### Federal Tax Withholding Elections

Filing Status: Single or Married filing separately
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########4579 | ########5817 | 2,099.94 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| PTO | 87.750 | 33.750 | 54.000 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 44,267.20 |
| Social Security | 44,267.20 |
| Medicare | 44,267.20 |



## *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| **Employee: ZWONITZER, STEPHEN JOEL** | Employee ID: | Check #: 1162011 |
|---|---|---|
| Company: INSPERITY * SALES (535) | | |
| 19001 CRESCENT SPRINGS DR # C 1 | Pay Date: 07/30/2021 | Pay Type: Salary |
| KINGWOOD, TX 77339 | Pay Period: 07/12/2021 To 07/25/2021 | Department: 4124 |
| Phone: (281) 358 8986 | Pay Frequency: BiWeekly | Location: 124 |

| Gross Earnings: 2,884.62 | Total Taxes: 686.99 | Total Deductions: 97.69 | Net Pay: 2,099.94 |
|---|---|---|---|

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 07/12/2021 | 07/25/2021 | | 2,884.62 | 2,884.62 | 40384.68 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Enrollment Fee - Sup | | | | | | 2624.13 |
| Earned Residual - Sup | | | | | | 167.06 |
| **Gross** | | | | | **2884.62** | **43175.87** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| PastMedOwed-Pre | 0.00 | 34.62 |
| Employee Med | 30.00 | 390.00 |
| Employee D/V | 4.62 | 60.06 |
| HSA-PreTax | 100.00 | 1,358.00 |
| **Total** | **134.62** | **1,842.68** |
| **After Tax** | | |
| Phone Allowance | -36.93 | -517.02 |
| **Total** | **-36.93** | **-517.02** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 335.29 | 5,317.35 |
| MN SIT | 0.00 | 454.16 |
| GA SIT | 141.32 | 1,715.01 |
| SocSec | 170.50 | 2,562.66 |
| Medicare | 39.88 | 599.38 |
| **Total** | **686.99** | **10,648.56** |

### Federal Tax Withholding Elections

Filing Status: Single or Married filing separately
Two Jobs: No
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########4579 | ########5817 | 2,099.94 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance | |
|---|---|---|---|---|
| PTO | 81.900 | 25.750 | 56.150 | Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 41,333.19 |
| Social Security | 41,333.19 |
| Medicare | 41,333.19 |



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** ZWONITZER, STEPHEN JOEL  
**Company:** INSPERITY * SALES (535)  
19001 CRESCENT SPRINGS DR # C 1  
KINGWOOD, TX 77339  
**Phone:** (281) 358 8986  

**Employee ID:** ███  
**Pay Date:** 07/16/2021  
**Pay Period:** 06/28/2021 To 07/11/2021  
**Pay Frequency:** BiWeekly  

**Check #:** 1158794  
**Pay Type:** Salary  
**Department:** 4124  
**Location:** 124  

**Gross Earnings:** 2,884.62   **Total Taxes:** 686.99   **Total Deductions:** 97.69   **Net Pay:** 2,099.94

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 06/28/2021 | 07/11/2021 | | 2,884.62 | 2,884.62 | 37500.06 |
| Tracking PTO - Reg | 06/28/2021 | 07/11/2021 | 1.00 | | | 0.00 |
| Tracking Holiday | 06/28/2021 | 07/11/2021 | 8.00 | | | 0.00 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Enrollment Fee - Sup | | | | | | 2624.13 |
| Earned Residual - Sup | | | | | | 167.06 |
| **Gross** | | | | | **2884.62** | **40291.25** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| PastMedOwed-Pre | 0.00 | 34.62 |
| Employee Med | 30.00 | 360.00 |
| Employee D/V | 4.62 | 55.44 |
| HSA-PreTax | 100.00 | 1,258.00 |
| **Total** | **134.62** | **1,708.06** |
| **After Tax** | | |
| Phone Allowance | -36.93 | -480.09 |
| **Total** | **-36.93** | **-480.09** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 335.29 | 4,982.06 |
| MN SIT | 0.00 | 454.16 |
| GA SIT | 141.32 | 1,573.69 |
| SocSec | 170.50 | 2,392.16 |
| Medicare | 39.88 | 559.50 |
| **Total** | **686.99** | **9,961.57** |

### Federal Tax Withholding Elections
Filing Status: Single or Married filing separately  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 0.00  
Extra Withholding: $ 0.00  
Exempt: No  

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| #########4579 | #########5817 | 2,099.94 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| PTO | 76.050 | 25.750 | 50.300 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 38,583.19 |
| Social Security | 38,583.19 |
| Medicare | 38,583.19 |

09/1/2021   12:21 PM     TO:16784051903   FROM:6784051903        Page: 5



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** ZWONITZER, STEPHEN JOEL  
**Company:** INSPERITY * SALES (535)  
19001 CRESCENT SPRINGS DR # C 1  
KINGWOOD, TX 77339  
Phone: (281) 358 8986

**Employee ID:** ▓▓▓▓

Pay Date: 07/02/2021  
Pay Period: 06/14/2021 To 06/27/2021  
Pay Frequency: BiWeekly

Check #: 1153369  
Pay Type: Salary  
Department: 4124  
Location: 124

Gross Earnings: 2,884.62   Total Taxes: 686.99   Total Deductions: 97.69   Net Pay: 2,099.94

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 06/14/2021 | 06/27/2021 | | 2,884.62 | 2,884.62 | 34615.44 |
| Tracking PTO - Reg | 06/14/2021 | 06/27/2021 | 1.00 | | | 0.00 |
| **Gross** | | | | | **2884.62** | **34615.44** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| PastMedOwed-Pre | 0.00 | 34.62 |
| Employee Med | 30.00 | 330.00 |
| Employee D/V | 4.62 | 50.82 |
| HSA-PreTax | 100.00 | 1,158.00 |
| **Total** | **134.62** | **1,573.44** |
| **After Tax** | | |
| Phone Allowance | -36.93 | -443.16 |
| **Total** | **-36.93** | **-443.16** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 335.29 | 4,032.71 |
| MN SIT | 0.00 | 454.16 |
| GA SIT | 141.32 | 1,271.88 |
| SocSec | 170.50 | 2,048.61 |
| Medicare | 39.88 | 479.15 |
| **Total** | **686.99** | **8,286.51** |

### Federal Tax Withholding Elections
Filing Status: Single or Married filing separately  
Two Jobs: No  
Claim Dependents: $ 0.00  
Deductions: $ 0.00  
Extra Withholding: $ 0.00  
Exempt: No

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|
| ########4579 | ########5817 | 2,099.94 |

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|
| PTO | 70.200 | 24.750 | 45.450 Hours |

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 33,042.00 |
| Social Security | 33,042.00 |
| Medicare | 33,042.00 |